## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSUE OLVERA ARMIJO, ET AL | CIVIL ACTION |
| VERSUS | NO:     11-2493 |
| TETRA TECHNOLOGIES, INC. | SECTION: "N" (4) |

### RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a).

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 16th day of May 2012

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

MAY 1 7 2012

REALLOTTED TO

MAG. 5

Fee _____
Process _____
X Dktd _____
_____
_____