UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSUE OLVERA ARMIJO, JOSE LUIS PONCE-ZUNIGA, KYLE IVY, DERRICK PICOU and ABRAHAM MAYORGA** | **CIVIL ACTION NO. 2:11-CV-02493** <br><br> **CONSOLIDATED WITH** <br> **CIVIL ACTION NO.: 2:12-CV-02667** |
| **VERSUS** | **ALL CASES** |
| **TETRA TECHNOLOGIES, INC.** | **SECTION "N" (5)** |

## ORDER

CONSIDERING the Joint Motion for Conditional Dismissal by Plaintiffs, Josue Olvera Armijo, Jose Luis Ponce Zuniga, Kyle Ivy, Derrick Picou, and Abraham Mayorga, and Defendants, Tetra Technologies, Inc., Tetra Applied Technologies, LLC, and Maritech Resources, Inc. (Rec. Doc. 144);

IT IS ORDERED that all claims in Civil Action No. 11-02493, are hereby dismissed, each party to bear its own costs, reserving the right of any party to reopen the matter if the settlement is not closed within 60 days.

IT IS FURTHER ORDERED that all claims by Tetra Technologies, Inc., Tetra Applied Technologies, LLC, and Maritech Resources, Inc. ("Plaintiffs") against Vertex Services, LLC and Continental Insurance Company in Consolidated Civil Action No. 12-2667 are reserved to Plaintiffs.

IT IS FURTHER ORDERED that Civil Action Nos. 11-02493 and 12-2667 are hereby DECONSOLIDATED.

This  8th  day of   April  , 2013, in New Orleans, Louisiana.

HON. KURT D. ENGELHARDT
U. S. District Judge